# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-1790
_____

Stephen W. Carlson

*Plaintiff - Appellant*

v.

Internal Revenue Service; Minnesota Department of Revenue; G2 Secure Staff;
United States

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: November 29, 2013
Filed: December 5, 2013
[Unpublished]
_____

Before WOLLMAN, BYE, and KELLY, Circuit Judges.
_____

PER CURIAM.

Stephen Wayne Carlson appeals the district court's[1] dismissal of his civil case, in which he asserted a variety of claims based on events related to the assessment and collection of his tax liabilities. Upon our careful de novo review, see Hastings v. Wilson, 516 F.3d 1055, 1058 (8th Cir. 2008) (standard of review), we affirm for the reasons explained by the district court. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.